IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KANYNE JAMOL BUSH, #89646** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV484-LG-JMR** |
| | § | |
| **LAWRENCE KELLY AND JIM HOOD** | § | **RESPONDENTS** |

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on April 4, 2007 [14]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE